IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON L. REED,

    Plaintiff,

v.

BECKY KRAMER, ASHLEY DRONE
and KAREN LEE,

    Defendants.

ORDER

Case No.  19-cv-189-wmc

*Pro se* plaintiff Jason Reed is proceeding in this lawsuit on Eighth Amendment deliberate indifference claims related to defendants' alleged failure to refill Reed's bupropion prescription.  On March 12, 2021, defendants filed a motion for summary judgment (dkt. #57), and the court set April 12, 2021, as Reed's deadline to oppose that motion.  On May 5, 2021, after Reed failed to respond timely to defendants' motion, the court gave Reed until May 26, 2021, to file a response to defendants' motion for summary judgment, warning him that his failure to respond would cause the court to dismiss his claims in this lawsuit for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  (Dkt. #66.)  That deadline has passed, and Reed has neither responded to defendants' motion, nor contacted the court seeking another extension or otherwise communicating an interest in pursuing his claims in this lawsuit.  Having received nothing from Reed after giving him an additional opportunity to oppose defendants' motion, the court now finds it appropriate to dismiss Reed's claims in this lawsuit with prejudice for failure to prosecute.  *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (district court has inherent authority to dismiss a lawsuit *sua sponte* for failure to prosecute).

ORDER

IT IS ORDERED that:

1) Plaintiff Jason Reed's claims in this lawsuit are DISMISSED with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

2) The clerk of court is directed to enter judgment accordingly and close this case.

Dated this 7th day of June, 2021.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge