IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON L. REED,

    Plaintiff,

v.

                                                        Case No.   19-cv-189-wmc

C.O. MEYER, C.O. WHITE, SGT. GLICK, C.O. LIEBERT, NURSE LEE, NURSE DRONE, and NURSE KRAMMER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/7/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |